■ THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v ROMMEL LEWIS, Appellant. [992 NYS2d 915]—Resentence unanimously affirmed. Counsel's motion to be relieved of assignment granted (*see People v Crawford*, 71 AD2d 38 [1979]). (Appeal from Resentence of Monroe County Court, Patricia D. Marks, J.—Assault, 1st Degree). Present—Scudder, P.J., Centra, Carni, Lindley and Whalen, JJ.

■ THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v DONALD E. MEAD, JR., Also Known as DONALD MEAD, JR., Also Known as DONALD MEAD, Appellant. [992 NYS2d 916]—

The case is held, the decision is reserved, the motion to relieve counsel of assignment is granted and new counsel is to be assigned. Memorandum: Defendant was convicted upon his *Alford* plea of attempted assault in the second degree (Penal Law §§ 110.00, 120.05 [2]). Defendant's assigned appellate counsel has moved to be relieved of the assignment pursuant to *People v Crawford* (71 AD2d 38 [1979]). Our review of the record reveals a nonfrivolous issue regarding the validity of defendant's plea, i.e., whether there was sufficient evidence of guilt in the record to support the *Alford* plea (*see People v Richardson*, 72 AD3d 1578, 1579-1580 [2010]; *People v Oberdorf*, 5 AD3d 1000, 1001 [2004]). We therefore relieve counsel of her assignment and assign new counsel to brief this issue, as well as any other issues that counsel's review of the record may disclose. (Appeal from Judgment of Genesee County Court, Robert C. Noonan, J.—Attempted Assault, 2nd Degree). Present—Scudder, P.J., Centra, Carni, Lindley and Whalen, JJ.